**Joseph R. POETT, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 02–3204.

United States Court of Appeals, Federal Circuit.

July 22, 2002.

LOURIE, Circuit Judge.

*ORDER*

Joseph R. Poett moves for reconsideration of the court's order dismissing his petition for review for failure to pay the filing fee and submit the Fed. Cir. R. 15(c) statement concerning discrimination.[1] Poett moves for a 90–day extension of time to file his brief in order to obtain counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled;[2] Poett's Fed. Cir. R. 15(c) discrimination statement is due within 14 days of the date of the filing of this order.

(2) The motion for an extension of time is granted. Poett's brief is due no later than September 25, 2002. No further extensions should be anticipated.

**Brenda BAKER–MITCHELL, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 02–3276.

United States Court of Appeals, Federal Circuit.

July 23, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

1. The court has since received the filing fee.

2. Poett Should disregard the court's June 7, 2002 letter.